```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                     FORT MYERS DIVISION
```

UNITED STATES OF AMERICA,

      Plaintiff,

v.                            Case No: 2:21-cv-382-JES-KCD

GEORGE N. GAYNOR, in his capacity as personal representative of the Estate of Lavern N. Gaynor and trustee of the Lavern N. Gaynor Revocable Trust,

      Defendant.

_____

**ORDER**

      This matter comes before the Court on a Joint Motion to Accept Designations of, and Consider Objections to, Additional Deposition Testimony For Use At Trial. (Doc. #82.) The Court will grant the motion to the extent it accepts the deposition designations, counter-designations, and objections. After review of the deposition and the objections, the objections are resolved as set forth below.

      Accordingly, it is hereby

      **ORDERED:**

      1. The Joint Motion to Accept Designations of, and Consider Objections to, Additional Deposition Testimony For Use At Trial (Doc. #82) is **GRANTED.**

2. The objection to the testimony from page 74, line 24 through page 75, line 13 is **sustained**. The remaining objections are **overruled**.

**DONE and ORDERED** at Fort Myers, Florida, this __11th__ day of February 2024.

*[signature: John E. Steele]*

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record