**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

| | |
|---|---:|
| Elizabeth M. Warren | Kristin Esposito |
| Clerk of Court | Tampa Division Manager |

**DATE:** May 21, 2024

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                                                                     Case No: 2:21-cv-382-JES-KCD

GEORGE N. GAYNOR,

    Defendant.

_____

**U.S.C.A. Case No.:**      **TO BE ASSIGNED**

Enclosed are documents and information relating to an appeal in the above-referenced action.  Please acknowledge receipt on the enclosed copy of this letter.

- Honorable John E. Steele, United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals.  If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from.  Opinion was not entered orally.

- Court Reporter:  Vonni Bray, Digital

ELIZABETH M. WARREN, CLERK

By:     s/L. Richards, Deputy Clerk

# U.S. District Court
# Middle District of Florida (Ft. Myers)
# CIVIL DOCKET FOR CASE #: 2:21−cv−00382−JES−KCD

United States of America v. Gaynor
Assigned to: Judge John E. Steele
Referred to: Magistrate Judge Kyle C. Dudek
Cause: 26:7401 IRS: Tax Liability

Date Filed: 05/14/2021
Date Terminated: 02/16/2024
Jury Demand: Defendant
Nature of Suit: 690 Forfeit/Penalty: Other
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **Conor P. Desmond**<br>Unite States Department of Justice, Tax Division<br>P.O. Box 14198<br>Ben Franklin Station<br>Washington, DC 20044<br>202−616−1857<br>Fax: 202−514−9868<br>Email: Conor.P.Desmond@USDOJ.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Elizabeth Ann Kanyer**<br>DOJ−Tax<br>Tax Division<br>1275 1st Street, N.E.<br>Suite 9115<br>Washington, DC 20002<br>202−514−0600<br>Fax: 202−514−9440<br>Email: elizabeth.a.kanyer@usdoj.gov<br>*TERMINATED: 12/03/2021*<br>*LEAD ATTORNEY*<br><br>**Gregory L. Jones**<br>U.S. Department of Justice<br>PO Box 14198<br>Ben Franklin Station<br>Washington, DC 20044<br>202/305−3254<br>Fax: 202/5149868<br>Email: Gregory.L.Jones@usdoj.gov<br>*TERMINATED: 01/05/2022*<br><br>**Robert Scott Silverblatt**<br>US Department of Justice − Tax Division<br>Ben Franklin Station<br>PO Box 14198 |

    Washington, DC 20044−4198
    202/514−8682
    Email: Robert.S.Silverblatt@usdoj.gov
    *TERMINATED: 07/28/2021*
    *ATTORNEY TO BE NOTICED*

    **Samuel Gene Fuller**
    U.S. Department of Justice
    1275 First Street NE
    Washington, DC 20002
    202−598−3880
    Email: samuel.g.fuller@usdoj.gov
    *ATTORNEY TO BE NOTICED*

    **Steven M. Chasin**
    DOJ−Tax
    Tax Division
    Ben Franklin Station
    PO Box 26
    Washington, DC 20044
    202−514−2921
    Email: steven.m.chasin@usdoj.gov
    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **George N. Gaynor** | represented by | **Jason Paul Stearns** |
| | | Smith Gambrell & Russell LLP |
| | | 201 North Franklin Street |
| | | Suite 3550 |
| | | Tampa, FL 33602 |
| | | 813−488−2920 |
| | | Fax: 813−488−2960 |
| | | Email: jstearns@sgrlaw.com |
| | | *TERMINATED: 02/09/2024* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Michael C Durney** |
| | | Law Offices of Michael C. Durney |
| | | 1717 Pennsylvania Avenue, NW |
| | | Suite 1075 |
| | | Washington, DC 20006 |
| | | 202−965−7744 |
| | | Fax: 855−243−1889 |
| | | Email: mcd@mdurney.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Derick Roberson Vollrath** |

2

|  |  |  |
|---|---|---|
|  |  | Marcus Neiman Rashbaum & Pineiro LLP FL<br>100 SE 3rd Avenue<br>Suite 805<br>Fort Lauderdale, FL 33394<br>305−400−4269<br>Email: dvollrath@mnrlawfirm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey A. Neiman**<br>Marcus Neiman & Rashbaum, LLP<br>100 SE Third Ave, Suite 805<br>Ft. Lauderdale, FL 33394<br>954−462−1200<br>Email: jneiman@mnrlawfirm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Jason L. Margolin**<br>Akerman LLP − Tampa<br>401 E Jackson St Ste 1700<br>Tampa, FL 33602−5250<br>813.209.5009<br>Fax: 813.223.2837<br>Email: jason.margolin@akerman.com<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **George N. Gaynor** | represented by | **Jason Paul Stearns**<br>(See above for address)<br>*TERMINATED: 02/09/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael C Durney**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Derick Roberson Vollrath**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jason L. Margolin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **United States of America** | represented by | **Conor P. Desmond**<br>(See above for address) |

3

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Ann Kanyer**
(See above for address)
*TERMINATED: 12/03/2021*
*ATTORNEY TO BE NOTICED*

**Gregory L. Jones**
(See above for address)
*TERMINATED: 01/05/2022*

**Samuel Gene Fuller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven M. Chasin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Scott Silverblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2021 | 1 | COMPLAINT against George Gaynor Jr. filed by United States of America. (Attachments: # 1 Proposed Summons, # 2 Civil Cover Sheet)(Silverblatt, Robert) (Entered: 05/14/2021) |
| 05/14/2021 | 2 | NEW CASE ASSIGNED to Judge John L. Badalamenti and Magistrate Judge Mac R. McCoy. New case number: 2:21−cv−0382−JLB−MRM. (SJB) (Entered: 05/14/2021) |
| 05/14/2021 | 3 | SUMMONS issued as to George Gaynor Jr. (LYB) (Entered: 05/14/2021) |
| 05/14/2021 | 4 | NOTICE of Local Rule 3.02(a)(2), which requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge. (Signed by Deputy Clerk). (LYB) (Entered: 05/14/2021) |
| 05/14/2021 | 5 | **CIVIL Action Order. Signed by All Divisional Judges on 5/14/2021.** (LYB) (Entered: 05/14/2021) |
| 05/24/2021 | 6 | CERTIFICATE of interested persons and corporate disclosure statement re 5 Civil Action Order by United States of America. (Silverblatt, Robert) (Entered: 05/24/2021) |
| 05/25/2021 | 7 | WAIVER of service returned executed on 5/25/2021 by United States of America as |

| | | |
|---|---|---|
| | | to George Gaynor Jr.. (Silverblatt, Robert) (Entered: 05/25/2021) |
| 07/12/2021 | 8 | ANSWER and affirmative defenses to 1 Complaint with Jury Demand , COUNTERCLAIM against United States of America by George Gaynor Jr..(Margolin, Jason) (Entered: 07/12/2021) |
| 07/12/2021 | 9 | Unopposed MOTION for Michael C. Durney to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−18460984 for $150 by George Gaynor Jr.. (Margolin, Jason) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 07/12/2021) |
| 07/12/2021 | 10 | **ORDER granting 9 Unopposed Motion for Admission Pro Hac Vice. The Clerk of Court is directed to add Michael C. Durney to the service list. Unless already completed, within fourteen (14) days from the date of this Order, Michael C. Durney must send the required fee to the Clerk's Office. Unless already completed, within fourteen (14) days from the date of this Order, Michael C. Durney must complete and submit the E−Filer Registration Form for CM/ECF. See Order for details. Signed by Magistrate Judge Mac R. McCoy on 7/12/2021. (CM)** (Entered: 07/12/2021) |
| 07/15/2021 | 11 | NOTICE of hearing: Preliminary Pretrial Conference set for 9/7/2021 at 10:00 AM before Magistrate Judge Mac R. McCoy. DIAL IN INSTRUCTIONS: TOLL FREE NUMBER: 1−888−273−3658, ACCESS CODE: 8335587. Dial in at least 5 minutes before hearing time. Landline preferred. Do not use the speaker phone feature during the call. Notwithstanding any prior Order of the Court, the parties must jointly file a Case Management Report on the approved form no later than 8/27/2021. To the extent Fed. R. Civ. P. 16(b)(2) so requires, the Court finds good cause to extend the time period for entering the Case Management and Scheduling Order until after the Case Management Report is filed and the Preliminary Pretrial Conference is held.(jmc) (Entered: 07/15/2021) |
| 07/15/2021 | 12 | **ORDER GOVERNING TELEPHONIC PROCEEDINGS. Signed by Magistrate Judge Mac R. McCoy on 7/15/2021. (jmc)** (Entered: 07/15/2021) |
| 07/15/2021 | 13 | **ORDER GOVERNING PRELIMINARY PRETRIAL CONFERENCE. Signed by Magistrate Judge Mac R. McCoy on 7/15/2021. (jmc)** (Entered: 07/15/2021) |
| 07/28/2021 | 14 | Notice of substitution of AUSA. Elizabeth Ann Kanyer substituting for Robert Silverblatt. (Kanyer, Elizabeth) (Entered: 07/28/2021) |
| 07/28/2021 | 15 | NOTICE OF RESCHEDULING HEARING: The Preliminary Pretrial hearing previously scheduled for 9/7/2021 at 10:00 AM is rescheduled. New scheduling date and time:Telephonic Preliminary Pretrial Conference set for 9/8/2021 at 10:30 AM before Magistrate Judge Mac R. McCoy. DIAL IN INSTRUCTIONS: TOLL FREE NUMBER: 1−888−273−3658, ACCESS CODE: 8335587. Dial in at least 5 minutes before hearing time. Landline preferred. Do not use the speaker phone feature during the call.Notwithstanding any prior Order of the Court, the parties must jointly file a Case Management Report on the approved form no later than 8/27/2021. To the extent Fed. R. Civ. P. 16(b)(2) so requires, the Court finds good cause to extend the time period for entering the Case Management and Scheduling Order until after the Case Management Report is filed and the Preliminary Pretrial Conference is held.(jmc) (Entered: 07/28/2021) |
| 07/28/2021 | 16 | NOTICE of Appearance by Samuel Gene Fuller on behalf of United States of America (Fuller, Samuel) (Entered: 07/28/2021) |

| | | |
|---|---|---|
| 07/29/2021 | 17 | NOTICE of Appearance by Steven M. Chasin on behalf of United States of America (Chasin, Steven) (Entered: 07/29/2021) |
| 07/29/2021 | 18 | AMENDED COMPLAINT against All Defendants filed by All Plaintiffs. Related document: 1 Complaint filed by United States of America.(Kanyer, Elizabeth) (Entered: 07/29/2021) |
| 08/12/2021 | 19 | ANSWER and affirmative defenses with Jury Demand to 18 Amended Complaint , COUNTERCLAIM against United States of America by George Gaynor Jr..(Margolin, Jason) (Entered: 08/12/2021) |
| 08/25/2021 | 20 | CERTIFICATE of interested persons and corporate disclosure statement re 13 Order by George Gaynor Jr.. (Margolin, Jason) (Entered: 08/25/2021) |
| 08/27/2021 | 21 | CERTIFICATE of interested persons and corporate disclosure statement 13 by United States of America. (Kanyer, Elizabeth) (Entered: 08/27/2021) |
| 08/27/2021 | 22 | NOTICE of a related action per Local Rule 1.07(c) by United States of America. Related case(s): No (Kanyer, Elizabeth) (Entered: 08/27/2021) |
| 08/27/2021 | 23 | CASE MANAGEMENT REPORT. (Kanyer, Elizabeth) (Entered: 08/27/2021) |
| 09/08/2021 | 24 | NOTICE of Lead Counsel Designation by Jason L. Margolin on behalf of George Gaynor Jr.. Lead Counsel: Michael C. Durney. (Margolin, Jason) (Entered: 09/08/2021) |
| 09/08/2021 | 25 | ORAL MOTION for extension of time to file Notice of Designation of Lead Counsel. (WRW) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 09/08/2021) |
| 09/08/2021 | 26 | Minute Entry. Telephonic Proceedings held before Magistrate Judge Mac R. McCoy: granting 25 ORAL Motion for extension of time to file Notice of Designation of Lead Counsel ; PRELIMINARY PRETRIAL CONFERENCE held on 9/8/2021. (digital) (WRW) (Entered: 09/08/2021) |
| 09/08/2021 | 27 | NOTICE of Lead Counsel Designation by Elizabeth Ann Kanyer on behalf of United States of America. Lead Counsel: Elizabeth A. Kanyer. (Kanyer, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 28 | **CASE MANAGEMENT AND SCHEDULING ORDER: Amended Pleadings due by 11/10/2021, Discovery due by 9/6/2022, Dispositive motions due by 11/3/2022, Pretrial statement due by 3/17/2023, Plaintiff disclosure of expert report due by 6/6/2022, Defendant disclosure of expert report due by 7/6/2022, Final Pretrial Conference set for 3/31/2023 at 01:30 PM before Judge John L. Badalamenti, Jury Trial set for 4/3/2023 at 09:00 AM before Judge John L. Badalamenti, Conduct mediation hearing by 9/20/2022. Lead counsel to coordinate dates. Signed by Magistrate Judge Mac R. McCoy on 9/8/2021. (WRW)** (Entered: 09/08/2021) |
| 09/10/2021 | 29 | REPLY to 19 Counterclaim by United States of America. Related document: 19 Answer to amended complaint Counterclaim filed by George Gaynor Jr..(Kanyer, Elizabeth) (Entered: 09/10/2021) |
| 12/02/2021 | 30 | MOTION to Substitute Attorney and Lead Counsel by Gregory L. Jones on behalf of United States of America (Jones, Gregory) Modified as to event type and to refer motion per lc/CM on 12/2/2021 (JK). (Entered: 12/02/2021) |
| 12/02/2021 | 31 | |

6

| | | |
|---|---|---|
| | | **TEXT ORDER denying without prejudice 30 United States' Notice of Appearance of Gregory L. Jones as Lead Counsel and Substitution of Counsel, construed as a motion for Ms. Elizabeth A. Kanyer to withdraw as counsel for the United States. First, the motion fails to comply with M.D. Fla. R. 2.02(c)(2), which requires that "[t]he withdrawing lawyer -- not the lawyer's present or former firm or another lawyer -- must move to withdraw unless unable because of an emergency, disability, or death." Thus, to the extent Mr. Gregory L. Jones moves on behalf of Ms. Elizabeth A. Kanyer, the motion fails to comply with this Court's Local Rules. Second, the motion does not contain any 3.01(g) certification, informing the Court as to whether the motion is opposed. The United States may renew the motion in full compliance with this Court's Local Rules, including M.D. Fla. R. 2.02(c) and 3.01(g). Signed by Magistrate Judge Mac R. McCoy on 12/2/2021. (CM)** (Entered: 12/02/2021) |
| 12/03/2021 | 32 | NOTICE of *Lead Counsel* Appearance by Gregory L. Jones on behalf of United States of America (Jones, Gregory) (Entered: 12/03/2021) |
| 12/03/2021 | 33 | Unopposed MOTION for Elizabeth A. Kanyer to Withdraw as Attorney by All Plaintiffs. (Kanyer, Elizabeth) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 12/03/2021) |
| 12/03/2021 | 34 | **ENDORSED ORDER granting 33 Motion for Withdrawal. Attorney Elizabeth A. Kanyer is permitted to withdraw as counsel of record for Plaintiff. Attorney Elizabeth A. Kanyer has no further responsibility in this case. The Clerk of Court is directed to terminate Attorney Elizabeth A. Kanyer as counsel of record in this case and to remove her from the electronic service list in CM/ECF. Signed by Magistrate Judge Mac R. McCoy on 12/3/2021. (CM)** (Entered: 12/03/2021) |
| 01/05/2022 | 35 | NOTICE of *Lead Counsel* Appearance by Conor P. Desmond on behalf of United States of America (Desmond, Conor) (Entered: 01/05/2022) |
| 01/05/2022 | 36 | Unopposed MOTION for Gregory L. Jones to Withdraw as Attorney by United States of America. (Jones, Gregory) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 01/05/2022) |
| 01/05/2022 | 37 | **ENDORSED ORDER granting 36 United States' Unopposed Motion to Withdraw Gregory L. Jones as Counsel for the United States. Attorney Gregory L. Jones is permitted to withdraw as counsel of record for Plaintiff. Attorney Gregory L. Jones has no further responsibility in this case. The Clerk of Court is directed to terminate Attorney Gregory L. Jones as counsel of record in this case and to remove him from the electronic service list in CM/ECF. Signed by Magistrate Judge Mac R. McCoy on 1/5/2022. (CM)** (Entered: 01/05/2022) |
| 07/01/2022 | 38 | Case Reassigned to U.S. Magistrate Judge Kyle C Dudek. New case number: 2:21−cv−382−JLB−KCD. Magistrate Judge Mac R. McCoy no longer assigned to the case. (SMG) (Entered: 07/01/2022) |
| 07/06/2022 | 39 | NOTICE of *Attorney* Appearance by Derick Roberson Vollrath on behalf of George Gaynor Jr. (Vollrath, Derick) (Entered: 07/06/2022) |
| 07/06/2022 | 40 | NOTICE of *Attorney* Appearance by Jeffrey A. Neiman on behalf of George Gaynor Jr. (Neiman, Jeffrey) (Entered: 07/06/2022) |
| 07/11/2022 | 41 | JOINT MOTION *to extend mediation deadline* Modify 28 Case Management / FLSA / ADA / Social Security / Scheduling Order by United States of America. |

7

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Amended Selection of Mediator) (Desmond, Conor) Motions referred to Magistrate Judge Kyle C. Dudek. Modified on 7/12/2022, to correct docket text. (SPB). (Entered: 07/11/2022) |
| 07/12/2022 | 42 | **ENDORSED ORDER granting 41 Joint Motion to Extend Mediation Deadline. The mediation deadline is extended to September 21, 2022. All other deadlines remain in effect. Signed by Magistrate Judge Kyle C. Dudek on 7/12/2022. (BLW)** (Entered: 07/12/2022) |
| 07/12/2022 | 43 | NOTICE OF SELECTION of Hon. Judge Gregory P. Holder (Ret.) as mediator by United States of America and Notice of Mediation to be held on 9/21/2022. (Desmond, Conor) Modified on 7/13/2022 (LMF). (Entered: 07/12/2022) |
| 07/22/2022 | 44 | Unopposed MOTION for Miscellaneous Relief, specifically excuse the United States from having a representative with full settlement authority attend mediation by United States of America. (Desmond, Conor) Motions referred to Magistrate Judge Kyle C. Dudek. (Entered: 07/22/2022) |
| 07/25/2022 | 46 | **ENDORSED ORDER granting 44 Motion for Miscellaneous Relief. Based on the United States' representation that officials with settlement authority will be available for consultation and to act on any proposed settlement, the Court finds good cause to to allow the Department of Justice Trial Attorney assigned to this case − with authority to negotiate and recommend a settlement to the appropriate office − to attend the mediation alone. Signed by Magistrate Judge Kyle C. Dudek on 7/25/2022. (Dudek, Kyle)** (Entered: 07/25/2022) |
| 09/21/2022 | 48 | MEDIATION Report. Hearing held on September 21, 2022. Hearing outcome: Recessed. (Holder, Gregory) (Entered: 09/21/2022) |
| 09/22/2022 | 49 | **ENDORSED ORDER. The parties' mediation report (Doc. 48) indicates that mediation was recessed with the intent to continue negotiations in an effort to finalize settlement terms. To accommodate the parties continued negotiations, the Court will extend the mediation deadline to 10/20/22. The parties must immediately notify the Court of any settlement or if impasse is reached. Signed by Magistrate Judge Kyle C. Dudek on 9/22/2022. (Dudek, Kyle)** (Entered: 09/22/2022) |
| 10/04/2022 | 50 | Final MEDIATION report Hearing held on October 4, 2022. Hearing outcome: Impasse. (Holder, Gregory) Modified on 10/5/2022 to edit docket text (LMW). (Entered: 10/04/2022) |
| 11/03/2022 | 51 | MOTION for Partial Summary Judgment by United States of America. (Attachments: # 1 Exhibit A: Declaration of Conor Desmond, # 2 Exhibit B: Response to United States' First Set of Requests for Admissions, # 3 Exhibit C: Cantrade Bank Account Opening Documents and Certification, # 4 Exhibit D: FBAR Calculation form and declaration)(Desmond, Conor) (Entered: 11/03/2022) |
| 11/04/2022 | 52 | SUMMARY JUDGMENT NOTICE and Courtesy Copies re 51 MOTION for Partial Summary Judgment (SPB) (Entered: 11/04/2022) |
| 11/22/2022 | 53 | JOINT STIPULATION by George Gaynor Jr.. (Attachments: # 1 Exhibit FBAR filings)(Durney, Michael) Modified text on 11/22/2022 (JK). (Entered: 11/22/2022) |
| 11/22/2022 | 54 | RESPONSE to Motion re 51 MOTION for Partial Summary Judgment filed by George Gaynor Jr. (Attachments: # 1 Exhibit 2010 FBAR, # 2 Exhibit 2011 FBAR, # 3 Exhibit FBAR Penalties, # 4 Exhibit Combined FBARs)(Durney, Michael |

8

| | | (Entered: 11/22/2022) |
|---|---|---|
| 12/06/2022 | 55 | REPLY to Response to Motion re 51 MOTION for Partial Summary Judgment filed by United States of America. (Desmond, Conor) (Entered: 12/06/2022) |
| 12/14/2022 | 56 | **TEXT ORDER. Pursuant to the Court's ability to modify its docket (see Fed. R. Civ. P. 16(b)(4)), the Court finds good cause to sua sponte continue the trial to the August trial docket. An Amended Case Management and Scheduling Order will be entered at a later date. Signed by Judge John L. Badalamenti on 12/14/2022. (RHG)** (Entered: 12/14/2022) |
| 12/15/2022 | 57 | AMENDED CASE MANAGEMENT AND SCHEDULING ORDER: **Pretrial statement due by 7/14/2023. Motion in Limine due by 7/10/2023. Final Pretrial Conference set for 7/28/2023 at 01:30 PM before Judge John L. Badalamenti. Jury Trial set for 8/1/2023 at 09:00 AM before Judge John L. Badalamenti. Signed by Judge John L. Badalamenti on 12/15/2022. (JGG)** (Entered: 12/15/2022) |
| 02/02/2023 | 58 | NOTICE of supplemental authority re 54 Response to Motion for partial summary judgment by George Gaynor Jr. (Attachments: # 1 Exhibit Toth Dissent)(Vollrath, Derick) Modified to edit text on 2/3/2023 (LMF). (Entered: 02/02/2023) |
| 06/09/2023 | 59 | **TEXT ORDER regarding case management deadlines. Based on the procedural posture of this case, the Court finds good cause to exercise its inherent authority to manage its docket by sua sponte rescheduling the remaining pretrial deadlines to correspond with the Court's December trial calendar. The Court will issue an amended case management and scheduling order under separate cover. All other provisions of the Court's previous scheduling orders (Docs. 28, 57) shall remain in effect. Signed by Judge John L. Badalamenti on 6/9/2023. (RHG)** (Entered: 06/09/2023) |
| 06/12/2023 | 60 | Joint MOTION to Continue *Trial Date to February 5, 2024* by United States of America. (Desmond, Conor) Motions referred to Magistrate Judge Kyle C. Dudek. (Entered: 06/12/2023) |
| 06/13/2023 | 61 | **ENDORSED ORDER granting 60 Joint Motion for Extension of Trial Date. A second amended scheduling order will be entered separately. Signed by Magistrate Judge Kyle C. Dudek on 6/13/2023. (BLW)** (Entered: 06/13/2023) |
| 06/13/2023 | 62 | SECOND AMENDED CASE MANAGEMENT AND SCHEDULING ORDER: **Pretrial statement due by 1/12/2024; All other motions due by 1/8/2024; Final Pretrial Conference set for 1/26/2024 at 01:30 PM via Zoom Video Conference before Judge John L. Badalamentil Jury Trial set for 2/5/2024 trial term in Ft. Myers Courtroom 6 B before Judge John L. Badalamenti. Signed by Magistrate Judge Kyle C. Dudek on 6/13/2023. (CGW)** (Entered: 06/13/2023) |
| 09/06/2023 | 63 | **ORDER granting in part and denying in part 51 United States' Motion for Partial Summary Judgment. See Order for details. Signed by Judge John L. Badalamenti on 9/6/2023. (RHG)** (Entered: 09/06/2023) |
| 10/30/2023 | 64 | NOTICE of change of address by Michael Durney. (Durney, Michael) Modified text on 11/1/2023 (LNR). (Entered: 10/30/2023) |
| 12/20/2023 | 65 | **ENDORSED ORDER reassigning this case to the Honorable John E. Steele for all further proceedings pursuant to Local Rule 1.07(a)(2)(A). The Clerk is directed to reassign this case to reflect 2:21−cv−382−JES−KCD. Signed by Judge** |

| | | |
|---|---|---|
| | | John L. Badalamenti on **12/20/2023. (JGG)** Modified on 12/20/2023 (JGG). (Entered: 12/20/2023) |
| 12/20/2023 | 66 | Case Reassigned to Judge John E. Steele. New case number: 2:21−cv−382−JES−KCD. Judge John L. Badalamenti no longer assigned to the case. (SMG) (Entered: 12/20/2023) |
| 12/21/2023 | 67 | **CASE MANAGEMENT AND SCHEDULING ORDER:** **Final Pretrial Conference: 1/26/2024 at 01:30 PM via videoconference before Judge John E. Steele. Jury Trial Date Certain: 2/12/2024 at 09:00 AM in Ft. Myers Courtroom 6A before Judge John E. Steele. See Order for further details. Signed by Judge John E. Steele on 12/21/2023. (FMB)** (Entered: 12/21/2023) |
| 01/11/2024 | 68 | MOTION In Limine regarding admission of foreign bank records by United States of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4, # 9 Exhibit 5, # 10 Exhibit 6, # 11 Exhibit 6A, # 12 Exhibit 6B, # 13 Exhibit 7, # 14 Exhibit 8, # 15 Exhibit 9, # 16 Exhibit 10, # 17 Exhibit 12, # 18 Exhibit 13, # 19 Exhibit 14, # 20 Exhibit 15, # 21 Exhibit 16, # 22 Exhibit 18, # 23 Exhibit 19, # 24 Exhibit 20, # 25 Exhibit 21, # 26 Exhibit 22, # 27 Exhibit 23, # 28 Exhibit 25, # 29 Exhibit 26, # 30 Exhibit 27, # 31 Exhibit 28, # 32 Exhibit 29, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42, # 45 Exhibit 43, # 46 Exhibit 43A, # 47 Exhibit 43B, # 48 Exhibit 44, # 49 Exhibit 44A, # 50 Exhibit 44B, # 51 Exhibit 45, # 52 Exhibit 45A, # 53 Exhibit 45B, # 54 Exhibit 46, # 55 Exhibit 46A, # 56 Exhibit 46B, # 57 Exhibit 47, # 58 Exhibit 47A, # 59 Exhibit 47B, # 60 Exhibit 48, # 61 Exhibit 48A, # 62 Exhibit 48B, # 63 Exhibit 49, # 64 Exhibit 49A, # 65 Exhibit 49B, # 66 Exhibit 50, # 67 Exhibit 50A, # 68 Exhibit 50B, # 69 Exhibit 51, # 70 Exhibit 51A, # 71 Exhibit 51B, # 72 Exhibit 52, # 73 Exhibit 52A, # 74 Exhibit 52B, # 75 Exhibit 53, # 76 Exhibit 53A, # 77 Exhibit 53B, # 78 Exhibit 54, # 79 Exhibit 54A, # 80 Exhibit 54B, # 81 Exhibit 55, # 82 Exhibit 55A, # 83 Exhibit 55B, # 84 Exhibit 56, # 85 Exhibit 57, # 86 Exhibit 57A, # 87 Exhibit 57B, # 88 Exhibit 58, # 89 Exhibit 58A, # 90 Exhibit 58B, # 91 Exhibit 59, # 92 Exhibit 59A, # 93 Exhibit 59B)(Desmond, Conor) (Entered: 01/11/2024) |
| 01/11/2024 | 69 | MOTION In Limine regarding book excerpts, prior FBAR proceedings, and certain bank records by George Gaynor Jr. (Attachments: # 1 Exhibit Book Excerpts, Lal, # 2 Exhibit Kolva Declaration, # 3 Exhibit US Second Am. Initial Disclosures, # 4 Exhibit US Third Am. Initial Disclosures, # 5 Exhibit Specht Declaration)(Vollrath, Derick) (Entered: 01/11/2024) |
| 01/12/2024 | 70 | NOTICE of Appearance and Designation of Lead Counsel by Jason Paul Stearns on behalf of George Gaynor Jr. (Stearns, Jason) Modified text on 1/12/2024 (JK). (Entered: 01/12/2024) |
| 01/12/2024 | 71 | NOTICE by William Spence re 70 Notice of appearance *of Withdrawal of Filing Doc. 70* (Stearns, Jason) (Entered: 01/12/2024) |
| 01/12/2024 | 72 | NOTICE of Appearance by Jason Paul Stearns on behalf of William Spence (Stearns, Jason) (Entered: 01/12/2024) |
| 01/16/2024 | 73 | PRETRIAL statement by United States of America. (Attachments: # 1 A: Exhibit Lists, # 2 B: Proposed Jury Instructions and Verdict Form)(Desmond, Conor) (Entered: 01/16/2024) |

10

| | | |
|---|---|---|
| 01/16/2024 | 74 | DEPOSITION of Steven Kraft taken on December 4, 2019 re 73 Pretrial statement by United States of America. *Edited and marked deposition designation for trial.* (Attachments: # 1 Exhibit)(Desmond, Conor) (Entered: 01/16/2024) |
| 01/16/2024 | 75 | DEPOSITION of Nancy Morton taken on March 6, 2020 re 73 Pretrial statement by United States of America. *Edited and marked deposition designation for trial.* (Desmond, Conor) (Entered: 01/16/2024) |
| 01/25/2024 | 76 | RESPONSE in Opposition re 69 MOTION In Limine regarding book excerpts, prior FBAR proceedings, and certain bank records filed by United States of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Chasin, Steven) (Entered: 01/25/2024) |
| 01/25/2024 | 77 | RESPONSE in Opposition re 68 MOTION In Limine regarding admission of foreign bank records filed by George Gaynor Jr.. (Attachments: # 1 Exhibit Julius Baer DPA 2016, # 2 Exhibit Julius Baer DPA 2020)(Vollrath, Derick) (Entered: 01/25/2024) |
| 01/26/2024 | 79 | Minute Entry. Virtual Proceedings held before Judge John E. Steele: FINAL PRETRIAL CONFERENCE held on 1/26/2024. Court Reporter: Vonni Bray (AEH) (Entered: 02/06/2024) |
| 02/06/2024 | 78 | **Final Pretrial Conference ORDER. Signed by Judge John E. Steele on 2/6/2024. (FMB)** (Entered: 02/06/2024) |
| 02/07/2024 | 95 | JURY VERDICT. (Attachments: # 1 Jury Verdict (Unredacted))(JGG) (Entered: 02/14/2024) |
| 02/08/2024 | 80 | Unopposed MOTION for Jason P. Stearns to Withdraw as Attorney and Jason P. Stearns and William J. Spence be removed from the docket by William Spence. (Stearns, Jason) Motions referred to Magistrate Judge Kyle C. Dudek. Modified on 2/9/2024 to edit docket text (EAM). (Entered: 02/08/2024) |
| 02/09/2024 | 81 | **OPINION & ORDER granting in part and denying in part Plaintiff's 68 Motion in Limine and Defendant's 69 Motion in Limine. Signed by Judge John E. Steele on 2/9/2024. (FMB)** (Entered: 02/09/2024) |
| 02/09/2024 | 82 | Joint MOTION for Miscellaneous Relief, specifically to Accept Designations of, and Consider Objections to, Additional Deposition Testimony for Use at Trial by United States of America. (Attachments: # 1 Exhibit Highlighted Transcript of Deposition of Mr. Malcolm Davis)(Chasin, Steven) Motions referred to Magistrate Judge Kyle C. Dudek. (Entered: 02/09/2024) |
| 02/09/2024 | 83 | **ENDORSED ORDER granting 80 Motion to Withdraw the Appearance of Non−Party William Spence. Attorney Jason Stearns was improperly assigned as counsel for Defendant. Thus, the Clerk is directed to remove any indication from the docket that attorney Stearns represented Defendant. Signed by Magistrate Judge Kyle C. Dudek on 2/9/2024. (BLW)** (Entered: 02/09/2024) |
| 02/09/2024 | 84 | Court's Proposed Jury Instructions. (FMB) (Entered: 02/09/2024) |
| 02/09/2024 | 85 | Court's Proposed Jury Verdict Form. (FMB) (Entered: 02/09/2024) |
| 02/11/2024 | 86 | **ORDER granting Parties' 82 Joint Motion to Accept Designations of, and Consider Objections to, Additional Deposition Testimony for Use at Trial. Signed by Judge John E. Steele on 2/11/2024. (FMB)** (Entered: 02/11/2024) |
| 02/12/2024 | 87 | STIPULATION of facts by United States of America. (Desmond, Conor) Modified on 2/13/2024 to edit docket text (JDR). (Entered: 02/12/2024) |

| | | |
|---|---|---|
| 02/12/2024 | 88 | Minute Entry. In Person Proceedings held before Judge John E. Steele: JURY TRIAL − DAY 1 held on 2/12/2024. Court Reporter: Vonni Bray (JGG) (Entered: 02/12/2024) |
| 02/13/2024 | 89 | Court's Final Jury Instructions. (FMB) (Entered: 02/13/2024) |
| 02/13/2024 | 90 | Court's Final Verdict Form. (FMB) (Entered: 02/13/2024) |
| 02/13/2024 | 91 | Minute Entry. In Person Proceedings held before Judge John E. Steele: JURY TRIAL − DAY 2 held on 2/13/2024. Court Reporter: Vonni Bray (JGG) (Entered: 02/14/2024) |
| 02/14/2024 | 92 | Court's Amended Final Jury Instructions. (FMB) (Entered: 02/14/2024) |
| 02/14/2024 | 93 | Minute Entry. In Person Proceedings held before Judge John E. Steele: JURY TRIAL − Day 3. Completed on 2/14/2024. Court Reporter: Vonni Bray (JGG) (Entered: 02/14/2024) |
| 02/14/2024 | 94 | JURY NOTE #1. (JGG) (Entered: 02/14/2024) |
| 02/14/2024 | 96 | Admitted Exhibit List by United States of America. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 5, # 4 Exhibit 14, # 5 Exhibit 18, # 6 Exhibit 20, # 7 Exhibit 22, # 8 Exhibit 24, # 9 Exhibit 38, # 10 Exhibit 39, # 11 Exhibit 41, # 12 Exhibit 46A, # 13 Exhibit 47, # 14 Exhibit 52, # 15 Exhibit 62, # 16 Exhibit 63, # 17 Exhibit 64, # 18 Exhibit 65, # 19 Exhibit 66, # 20 Exhibit 67, # 21 Exhibit 79, # 22 Exhibit 80, # 23 Exhibit 81)(JGG) (Entered: 02/14/2024) |
| 02/14/2024 | 97 | Defendant's Admitted Exhibit List by George N. Gaynor. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(JGG) (Entered: 02/14/2024) |
| 02/15/2024 | 98 | **ORDER directing Clerk to enter Judgment. Signed by Judge John E. Steele on 2/15/2024. (FMB)** (Entered: 02/15/2024) |
| 02/16/2024 | 99 | JUDGMENT is entered in favor of Lavern N Gaynor and against the United States as to Count I and II. Defendant's remaining counterclaim is dismissed as moot. ( Signed by Deputy Clerk) (ARL) (Entered: 02/16/2024) |
| 03/04/2024 | 100 | TRANSCRIPT of Trial Transcript held on 2/12/24 before Judge John E. Steele. Court Reporter: Vonni Bray, RDR CRR. Email address: vonni_bray@flmd.uscourts.gov. Telephone number: 239−461−2033.<br><br>NOTICE TO THE PARTIES − The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely available to the public without redaction after ninety (90) calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 3/25/2024. Redacted Transcript Deadline set for 4/4/2024. Release of Transcript Restriction set for 6/3/2024. (VRB) (Entered: 03/04/2024) |
| 03/04/2024 | 101 | TRANSCRIPT of Trial held on 2/13/24 before Judge John E. Steele. Court Reporter: Vonni Bray, RDR CRR. Email address: vonni_bray@flmd.uscourts.gov. Telephone number: 239−461−2033. |

| | | |
|---|---|---|
| | | NOTICE TO THE PARTIES − The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely available to the public without redaction after ninety (90) calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 3/25/2024. Redacted Transcript Deadline set for 4/4/2024. Release of Transcript Restriction set for 6/3/2024. (VRB) (Entered: 03/04/2024) |
| 03/04/2024 | 102 | TRANSCRIPT of Trial held on 2/14/24 before Judge John E. Steele. Court Reporter: Vonni Bray, RDR CRR. Email address: vonni_bray@flmd.uscourts.gov. Telephone number: 239−461−2033.<br><br>NOTICE TO THE PARTIES − The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely available to the public without redaction after ninety (90) calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 3/25/2024. Redacted Transcript Deadline set for 4/4/2024. Release of Transcript Restriction set for 6/3/2024. (VRB) (Entered: 03/04/2024) |
| 03/15/2024 | 103 | Unopposed MOTION to Alter Judgment *as to Defendant's Remaining Counterclaim* by George N. Gaynor. (Attachments: # 1 Text of Proposed Order Proposed Amended Judgment)(Vollrath, Derick) (Entered: 03/15/2024) |
| 03/18/2024 | 104 | **ORDER granting Defendant's unopposed 103 Motion to Amend Judgment. The Clerk is directed to enter an amended judgment adopting the language from parties' proposed amended judgment. Signed by Judge John E. Steele on 3/18/2024. (FMB)** (Entered: 03/18/2024) |
| 03/19/2024 | 105 | **AMENDED JUDGMENT in favor of George N. Gaynor and against United States of America as to Count I and II and Defendant's first counterclaim. Defendant's second counterclaim is dismissed as moot. Signed by Deputy Clerk on 3/19/2024. (LNR)** (Entered: 03/19/2024) |
| 05/17/2024 | 106 | NOTICE OF APPEAL as to 105 Judgment by United States of America. Filing fee not paid. (Fuller, Samuel) (Entered: 05/17/2024) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                      Case No:  2:21-cv-382-JES-KCD

GEORGE N. GAYNOR,

      Defendant.
_____

## AMENDED JUDGMENT IN A CIVIL CASE

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED**

That judgment is entered in favor of George N. Gaynor, in his capacity as personal representative of the Estate of Lavern N. Gaynor and trustee of the Lavern N. Gaynor Revocable Trust ("Defendant") and against the United States as to Count I and II.

Judgment is entered in favor of the Defendant and against the United States on Defendant's First Counterclaim in the amount of $3,000.

Defendant's Second Counterclaim is dismissed as moot.

**Any motions seeking an award of attorney's fees and/or costs must be filed within the time and in the manner prescribed in Local Rule 7.01, United States District Court Middle District of Florida.**

Date: March 19, 2024                      ELIZABETH M. WARREN, CLERK

                                                    s/L. Richards, Deputy Clerk

14

# CIVIL APPEALS JURISDICTION CHECKLIST

1.  **Appealable Orders**: Courts of Appeals have jurisdiction conferred and strictly limited by statute:

    (a) **Appeals from final orders pursuant to 28 U.S.C. Section 1291**: Only final orders and judgments of district courts, or final orders of bankruptcy courts which have been appealed to and fully resolved by a district court under 28 U.S.C. Section 158, generally are appealable. A final decision is one that "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." Pitney Bowes, Inc. V. Mestre, 701 F.2d 1365, 1368 (11th Cir. 1983). A magistrate judge's report and recommendation is not final and appealable until judgment thereon is entered by a district court judge. 28 U.S.C. Section 636(c).

    (b) **In cases involving multiple parties or multiple claims**, a judgment as to fewer than all parties or all claims is not a final, appealable decision unless the district court has certified the judgment for immediate review under Fed.R.Civ.P. 54(b), Williams v. Bishop, 732 F.2d 885, 885-86 (11th Cir. 1984). A judgment which resolves all issues except matters, such as attorneys' fees and costs, that are collateral to the merits, is immediately appealable. Budinich v. Becton Dickinson & Co., 486 U.S. 196, 201, 108 S. Ct. 1717, 1721-22, 100 L.Ed.2d 178 (1988); LaChance v. Duffy's Draft House, Inc., 146 F.3d 832, 837 (11th Cir. 1998).

    (c) **Appeals pursuant to 28 U.S.C. Section 1292(a)**: Appeals are permitted from orders "granting, continuing, modifying, refusing or dissolving injunctions or refusing to dissolve or modify injunctions..." and from "[i]nterlocutory decrees...determining the rights and liabilities of parties to admiralty cases in which appeals from final decrees are allowed." Interlocutory appeals from orders denying temporary restraining orders are not permitted.

    (d) **Appeals pursuant to 28 U.S.C. Section 1292(b) and Fed.R.App.P.5**: The certification specified in 28 U.S.C. Section 1292(b) must be obtained before a petition for permission to appeal is filed in the Court of Appeals. The district court's denial of a motion for certification is not itself appealable.

    (e) **Appeals pursuant to judicially created exceptions to the finality rule:** Limited exceptions are discussed in cases including, but not limited to: Cohen V. Beneficial Indus. Loan Corp., 337 U.S. 541,546,69 S.Ct. 1221, 1225-26, 93 L.Ed. 1528 (1949); Atlantic Fed. Sav. & Loan Ass'n v. Blythe Eastman Paine Webber, Inc., 890 F. 2d 371, 376 (11th Cir. 1989); Gillespie v. United States Steel Corp., 379 U.S. 148, 157, 85 S. Ct. 308, 312, 13 L.Ed.2d 199 (1964).

2.  **Time for Filing:** The timely filing of a notice of appeal is mandatory and jurisdictional. Rinaldo v. Corbett, 256 F.3d 1276, 1278 (11th Cir. 2001). In civil cases, Fed.R.App.P.4(a) and (c) set the following time limits:

    (a) **Fed.R.App.P. 4(a)(1)**: A notice of appeal in compliance with the requirements set forth in Fed.R.App.P. 3 must be filed in the district court within 30 days after the entry of the order or judgment appealed from. However, if the United States or an officer or agency thereof is a party, the notice of appeal must be filed in the district court within 60 days after such entry. **THE NOTICE MUST BE RECEIVED AND FILED IN THE DISTRICT COURT NO LATER THAN THE LAST DAY OF THE APPEAL PERIOD - no additional days are provided for mailing.** Special filing provisions for inmates are discussed below.

    (b) **Fed.R.App.P. 4(a)(3)**: "If one party timely files a notice of appeal, any other party may file a notice of appeal within 14 days after the date when the first notice was filed, or within the time otherwise prescribed by this Rule 4(a), whichever period ends later."

    (c) **Fed.R.App.P.4(a)(4)**: If any party makes a timely motion in the district court under the Federal Rules of Civil Procedure of a type specified in this rule, the time for appeal for all parties runs from the date of entry of the order disposing of the last such timely filed motion.

    (d) **Fed.R.App.P.4(a)(5) and 4(a)(6)**: Under certain limited circumstances, the district court may extend the time to file a notice of appeal. Under Rule 4(a)(5), the time may be extended if a motion for an extension is filed within 30 days after expiration of the time otherwise provided to file a notice of appeal, upon a showing of excusable neglect or good cause. Under Rule 4(a)(6), the time may be extended if the district court finds upon motion that a party did not timely receive notice of the entry of the judgment or order, and that no party would be prejudiced by an extension.

    (e) **Fed.R.App.P.4(c)**: If an inmate confined to an institution files a notice of appeal in either a civil case or a criminal case, the notice of appeal is timely if it is deposited in the institution's internal mail system on or before the last day for filing. Timely filing may be shown by a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid.

3.  **Format of the notice of appeal**: Form 1, Appendix of Forms to the Federal Rules of Appellate Procedure, is a suitable format. See also Fed.R.App.P. 3(c). A pro se notice of appeal must be signed by the appellant.

4.  **Effect of a notice of appeal**: A district court loses jurisdiction (authority) to act after the filing of a timely notice of appeal, except for actions in aid of appellate jurisdiction or to rule on a timely motion of the type specified in Fed.R.App.P. 4(a)(4).

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. |
| Plaintiff, | ) | 2:21-cv-382-JES-KCD |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE N. GAYNOR, in his capacity | ) | |
| as personal representative of the | ) | |
| Estate of Lavern N. Gaynor and | ) | |
| trustee of the Lavern N. Gaynor | ) | |
| Revocable Trust, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' NOTICE OF APPEAL**

Plaintiff, the United States of America, appeals to the United States Court of Appeals for the Eleventh Circuit from the Amended Judgment of the District Court entered March 19, 2024 following the jury's verdict in favor of George N. Gaynor.

Dated: May 17, 2024    Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General
/s/ Samuel G. Fuller
SAMUEL G. FULLER, STEVEN M.
CHASIN, CONOR P. DESMOND
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
(202) 598-3880 (Fuller)

        Samuel.G.Fuller@usdoj.gov

*Of Counsel*
ROGER B. HANDBERG
United States Attorney
Middle District of Florida
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT on May 17, 2024, the above document was filed with the CM/ECF system which will serve all parties.

        */s/ Samuel G. Fuller*
        Samuel G. Fuller

## LOCAL RULE 1.08 CERTIFICATION

The undersigned certifies that this document complies with Local Rule 1.08 as this document has been prepared in Times New Roman font, 14 point.

        */s/ Samuel G. Fuller*
        Samuel G. Fuller